IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAVIS PARKS**  PETITIONER

v.  No. 4:24-cv-00069-JM-JTK

**DEXTER PAYNE, Director,**  RESPONDENT
**Arkansas Division of Correction**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects. Judgment shall be entered accordingly.

SO ORDERED this 12th day of May, 2025.

_____
James M. Moody, Jr.
United States District Judge