# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TRAVIS PARKS**                                                                               **PETITIONER**

v.                                    No. 4:24-cv-00069-JM-JTK

**DEXTER PAYNE, Director,**                                                         **RESPONDENT**
**Arkansas Division of Correction**

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition for writ of habeas corpus is DISMISSED with prejudice.

SO ORDERED this 12th day of May, 2025.

_____
James M. Moody, Jr.
United States District Judge